RECEIVED
IN LAKE CHARLES, LA
MAY 19 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 2: 08 CR 00159 |
| VS. | : | JUDGE MINALDI |
| PAULENE RANGEL | : | MAGISTRATE JUDGE KAY |

## MEMORANDUM RULING

Presently before the court is Elvin C. Fontenot's Motion to Enroll as Counsel and Motion for Extension of Time to File the Appeal Brief [doc. 15].

The Notice of Appeal of the Magistrate Judge's Ruling was originally filed on May 2, **2008**. An Order [doc. 8] was signed on June 3, 2008, allowing the defendant twenty (20) days from the date of the filing of the transcript of the proceeding before the Magistrate Judge to file the appeal brief. The transcript was filed on July 23, 2008 [doc. 9]. No brief was timely filed.

On August 26, 2008 a Motion for Extension of Time [doc. 10] was filed. No action was taken on this motion until March 2, 2010. On March 2, 2010, an order issued granting the defendant twenty (20) days to file the appeal brief and a warning was issued that no extension would be granted. Once again, no timely brief was filed.

On March 9, 2010, Rangel's attorney of record since 2008, John Anderson filed to withdraw as attorney of record.

On May 7, 2010, Elvin C. Fontenot filed this motion requesting to be permitted to enroll as counsel and further requesting an extension of time to file an appeal brief.

While the court did not rule on the August 26, 2008 motion, the defendant failed to diligently pursue this motion, presumably content to allow her motion to remain pending indefinitely without asking the court for a ruling. This effectively suspended the sentence pronounced by the Magistrate Judge on May 13, 2008.

Therefore, the motion to enroll as counsel will be denied and the Judgment originally issued on May 13, 2008, will be made final.

Lake Charles, Louisiana, this 15 day of May, 2010.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE